**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00423-CV

**ZAAN, LLC, Appellant**

**V.**

**BARRY SANGANI, SANGINI PROPERTIES, LTD.,
AND KATHY WEBSTER, Appellees**

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-02993-2009**

## ORDER

The Court has before it appellant's April 24, 2013 second unopposed motion to extend time to file brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by May 28, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE